PROB 12C
8/08

# UNITED STATES DISTRICT COURT
## for
## Arizona
### Petition for Warrant

T— SEALED

[FILED stamp: JAN 31 2012, CLERK U S DISTRICT COURT, DISTRICT OF ARIZONA]

| | | | |
|---|---|---|---|
| Name of Offender: | **Steven Joseph Christopher** | Case No.: | **11CR50189-001-JAT** |
| Name of Judicial Officer: | **The Honorable James A. Teilborg, U.S. District Judge** | | |
| Date of Original Sentence: | **11/06/2009** | | |
| Original Offense: | **Count 1:  Threats Against the President-Elect, 18 USC § 871(a) a Class D felony.** | | |
| Original Sentence: | **36 months Bureau of Prisons, 24 months supervised release** | | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: | **09/23/2011** |
| | | Date Supervision Expires: | **09/22/2013** |
| Assistant U.S. Attorney: | **Vincent Q. Kirby** <br> **(602) 514-7500** | Defense Attorney: | **Deborah L. Williams** <br> **(602) 382-2700** |

Petitioning the Court to issue a Warrant

The probation officer alleges Steven Joseph Christopher has violated the following condition(s) of supervision:

| CONDITION VIOLATED | NATURE OF NON-COMPLIANCE |
|---|---|
| A) <u>Special Condition A</u>: *The defendant shall submit to and complete any mental health treatment program as directed by the supervising U.S. Probation Officer. The defendant shall follow the specific instructions concerning the requirements of the treatment program, as directed by both the treatment provider and the supervising U.S. Probation Officer.* | 1) Christopher has refused to take mental health medication, as directed by Southwest Behavioral Heath. Christopher has failed to follow the treatment staff's directions for interventions to assist with his mental illness, resulting in his discharge from treatment. A Grade C violation. §7B1.3 |

**U.S. Probation Officer Recommendation and Justification**

Christopher has violated the trust of the Court. A warrant is recommended as Christopher is both a flight risk and a danger. Christopher has a history of being classified as seriously mentally ill.

(no the strikeouts)

Christopher, Steven Joseph
Petition to Revoke
January 23, 2012

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____    1/23/12         _____    01-23-12
B. Pamela Seider            Date             Abelardo R. Colores         Date
Senior U.S. Probation Officer                Supervisory U.S. Probation Officer
Office Phone: (602) 682-4372                 Office Phone: (602) 682-4366
Cell Phone:   (602) 725-3597                 Cell Phone:   (602) 725-3568

---

The Court Orders

☐  No Action
☑  The Issuance of a Warrant
☐  The Issuance of a Summons
☐  Other

_____                     _3/JAN/12_
The Honorable James A. Teilborg                Date
U.S. District Judge

RECEIVED
U.S. MARSHALS SERVICE
DISTRICT OF ARIZONA
PHOENIX
2012 JAN 31 PM 3:33